IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

James Hajny 26846-045 )
(full name)   (Register No). )
_____ )
_____ )
                                )
            Plaintiff(s).       ) Case No. _____
                                )
v.                              )
                                )
Brian David Risley              )
(Full name)                     ) Defendants are sued in their (check one):
Attorney at law                 ) ___ Individual Capacity
_____ ) ___ Official Capacity
            Defendant(s).       ) ✓ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): _____

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff James Hajny                Register No. 26846-045
   Address P.O. Box 33 Terre Haute In 47808

B. Defendant Brian D. Risley Attorney at Law
   Is employed as Attorney
   1441 E Primrose St Springfield, Mo 65804

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $500. million dollars

$_____ / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? N/A
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓ N/A

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
N/A
_____
_____
_____

D. If you have not filed a grievance, state the reasons. N/A
_____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
        (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
   (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
   (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.  Statement of claim:

A.  State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Mr. Risley violated my Constitutional rights by 1) not having the Constitutionally flawed indictment dismissed 2) Mr. Risley violated my rights under the 6th Amendment to bring in an expert to have evidence examined to which the gov were going to use against me which in fact violated my rights to due process under the 5th & 14th Amendments.

B.  State briefly your legal theory or cite appropriate authority:

According to the Rules of the Grand Jury and Cox/ea. US v Charles Hillie DC Circuit District Court 8/2017 - my indictment fails to give specific facts instead it cites the actual statutes verbatim - 2) My 6th Amendment right to challenge any evidence that the government plans on using against me, He failed to allow me to challenge. Instead he made the decision which is a violation of my Constitutional rights.

3

Case 6:21-cv-03292-MDH   Document 1   Filed 11/15/21   Page 3 of 5

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
    I want monetary damage paid to me because the violation perpetrated by my Criminal attorney

XI. Counsel:

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes____ No ✓

   If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
   _____
   _____

   C. Have you previously had a lawyer representing you in a civil action in this court?
                                                                Yes _____ No ✓

   If your answer is "Yes," state the name and address of the lawyer.
   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __1st__ day of __November__ 20_21_

_James H___
Signature(s) of Plaintiff(s)

4

James Hajny
26846-045
USP Terre Haute
P.O. Box 33
Terre Haute, In.
47808

Legal Mail

US District Court
Office of The Clerk
1510 Whittaker Courthouse
400 E. Ninth St.
Kansas City, MO
64106

RECEIVED
2021 NOV 12 PM 12:03
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO